**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Brian Lee McLaughlin  
                Debtor(s)

BK NO. 23-01562 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                Respectfully submitted,

/s/ Michael Farrington  
Michael Farrington  
18 Aug 2023, 16:49:54, EDT

        KML Law Group, P.C.  
        BNY Mellon Independence Center  
        701 Market Street, Suite 5000  
        Philadelphia, PA  19106  
        215-627-1322