UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN LEE MCLAUGHLIN

    Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE      CASE NO: 1-23-01562-HWV
    Movant
vs.
BRIAN LEE MCLAUGHLIN

    Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on November 15, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on July 24, 2023.

2. A hearing was held and an Order was entered on September 27, 2023 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    /s/ Douglas R. Roeder, Esquire
    Id: 80016
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: 717-566-6097
    email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN LEE MCLAUGHLIN

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

BRIAN LEE MCLAUGHLIN

    Respondent(s)

CHAPTER 13

CASE NO: 1-23-01562-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse<br>Bankruptcy Courtroom 8, 4th Floor<br>1501 North 6th Street<br>Harrisburg, PA 17102 | Date: December 20, 2023<br><br>Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: November 15, 2023

/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN LEE MCLAUGHLIN

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

BRIAN LEE MCLAUGHLIN

        Respondent(s)

CHAPTER 13

CASE NO: 1-23-01562-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 15, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
BRIAN LEE MCLAUGHLIN
1979 ANDOVER DRIVE
DOVER, PA 17315-3613

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 15, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN LEE MCLAUGHLIN

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

BRIAN LEE MCLAUGHLIN

CASE NO: 1-23-01562-HWV

Respondent(s)

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.