Fill in this information to identify your case:

Debtor 1: **Brian Lee Mclaughlin**

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF PENNSYLVANIA**

Case number (If known): **1:23-bk-01562**

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD / YYYY

# Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed <br> ☐ Not employed | ☐ Employed <br> ■ Not employed |
   | Occupation | machinist | DISABLED |
   | Employer's name | Apex Tool Group | |
   | Employer's address | York, PA | |
   | How long employed there? | started November 28, 2022 | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,467.67 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 4,467.67 | $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | | $ 4,467.67 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 671.67 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 134.12 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 134.68 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 940.47 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,527.20 | $ 0.00 |

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. $ 0.00   $ 0.00

   8b. **Interest and dividends**  8b. $ 0.00   $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. $ 0.00   $ 0.00

   8d. **Unemployment compensation**  8d. $ 0.00   $ 0.00

   8e. **Social Security**  8e. $ 0.00   $ 848.00

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify:  8f. $ 0.00   $ 0.00

   8g. **Pension or retirement income**  8g. $ 0.00   $ 0.00

   8h. **Other monthly income.** Specify:  8h.+ $ 0.00 +  $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9. $ 0.00   $ 848.00

10. **Calculate monthly income.** Add line 7 + line 9.  10. $ 3,527.20 + $ 848.00 = $ 4,375.20
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify:  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.  12. $ 4,375.20
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

Debtor 1    **Brian Lee Mclaughlin**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   1:23-bk-01562
(If known)

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.    ☒ Yes. Fill out this information for each dependent............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Lifetime Partner | 63 | ☐ No ☒ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,450.00 |
|  | **If not included in line 4:** |  |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | Brian Lee Mclaughlin | Case number (if known) | 1:23-bk-01562 |
|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 400.00
   - 6b. Water, sewer, garbage collection — 6b. $ 100.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 200.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 675.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 50.00
10. **Personal care products and services** — 10. $ 50.00
11. **Medical and dental expenses** — 11. $ 50.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 250.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 75.00
14. **Charitable contributions and religious donations** — 14. $ 10.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 75.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 267.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: Pet/Vet — 21. +$ 30.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 3,682.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,682.00

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 4,375.20
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,682.00
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ 693.20

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.  Explain here:



```
CO     EMPLOYEE ID     000000-000000
PCSYZ8 10008881
```

Cost Center: 1105-40105

APEX Tool Group LLC
1000 Lufkin Road
Apex NC, 27539

# Earnings Statement

Page 001 of 002
Period Beg/End:   11/06/2023 - 11/12/2023
Advice Date:      11/17/2023
Advice Number:    0049846789
Batch Number:     000000002142

BRIAN LEE MCLAUGHLIN
1979 ANDOVER DR
DOVER PA 17315

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| 2nd Shift Diff | | | | 395.25 |
| 3rd Shift Diff | 1.50 | 40.00 | 60.00 | 2,135.70 |
| Regular | 24.29 | 40.00 | 971.60 | 39,484.39 |
| OT Prem .5 | | | | 1,502.20 |
| OT Prem 1.0 | | | | 138.00 |
| Shift Diff OT .5 2 | | | | 20.63 |
| Shift Diff OT .5 3 | | | | 77.05 |
| Shift Diff OT 1.0 | | | | 9.00 |
| Holiday | | | | 935.60 |
| Vacation | | | | 2,469.92 |
| **Gross Pay** | | | **1,031.60** | **47,167.74** |

**Tax Deductions: Federal**
| | | |
|---|---|---|
| Withholding Tax | 62.62- | 2,918.54- |
| EE Social Security Tax | 62.19- | 2,843.99- |
| EE Medicare Tax | 14.55- | 665.13- |

**Tax Deductions: Pennsylvania**
| | | |
|---|---|---|
| Withholding Tax | 30.72- | 1,405.10- |
| EE Unemployment Tax | 0.72- | 33.02- |

**Tax Deductions: Dover Township**
| | | |
|---|---|---|
| Withholding Tax | 14.01- | 640.74- |

**Tax Deductions: Springettsbury Centr**
| | | |
|---|---|---|
| Local Services Tax | 1.00- | 45.00- |

**Additional Deductions**
| | | |
|---|---|---|
| *Choice pre-tax | 26.17- | 968.29- |
| *CIGNA Dental | 3.23- | 119.51- |
| *Vision | 1.68- | 62.16- |
| Safety Shoes | | 33.32- |
| *401k EE pretax | 30.95- | 1,386.55- |
| *CIGNA Dental Rec Ded | | 25.80- |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| ER Cost of Healt | 146.84 | 6,607.80 |
| Cost of Dental C | 4.62 | 207.90 |
| EE GTL Taxable P | 2.56 | 101.76 |
| 401k Employer | 30.95 | 1,386.67 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 783.76 |

Your federal taxable wages    972.13
*Excluded from Federal Taxable Wages

© 2002 AutomaticData Processing (PCSUVO)

---



APEX Tool Group LLC
1000 Lufkin Road
Apex NC, 27539

Advice Number:   0049846789
Advice Date:     11/17/2023

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| BRIAN LEE MCLAUGHLIN | CHECKINGXXXXX1004 | 043318092 | 783.76 |



```
   CO    EMPLOYEE ID    000000-000000
PCSYZ8 10008881
```

Cost Center: 1105-40105

*APEX Tool Group LLC*
*1000 Lufkin Road*
*Apex NC, 27539*

# EARNINGS Statement

Period Beg/End:    11/06/2023 - 11/12/2023
Advice Date:       11/17/2023
Advice Number:     0049846789
Batch Number:      000000002142

**BRIAN LEE MCLAUGHLIN**
**1979 ANDOVER DR**
**DOVER PA 17315**

```
*Vision Rec Ded                              13.50-
*UHC PPO Rec Ded                            209.40-
Total Net Pay                       783.76   35,797.69
Total Work Hours for Pay Period              40.00
```

© 2002 AutomaticData Processing (PCSUVO)



| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Brian Lee Mclaughlin** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 1:23-bk-01562 | ☐ Check if this is an amended filing |

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Brian Lee Mclaughlin**   X _____
  **Brian Lee Mclaughlin**            Signature of Debtor 2
  Signature of Debtor 1

Date **December 18, 2023**        Date _____

*Brian McLaughlin (Dec 18, 2023 18:41 EST)*

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

# updated I and J with new job and Dawn's car payment

Final Audit Report  2023-12-18

| | |
|---|---|
| Created: | 2023-12-18 |
| By: | Dawn Cutaia (DMCUTAIA@GMAIL.COM) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAVaQS3jK73TED1PZ0yyI9k6tvlzB7szIb |

## "updated I and J with new job and Dawn's car payment" History

- Document created by Dawn Cutaia (DMCUTAIA@GMAIL.COM)
  2023-12-18 - 11:19:10 PM GMT- IP address: 209.213.173.178

- Document emailed to automac064@aol.com for signature
  2023-12-18 - 11:19:33 PM GMT

- Email viewed by automac064@aol.com
  2023-12-18 - 11:36:58 PM GMT- IP address: 104.28.132.133

- Signer automac064@aol.com entered name at signing as Brian McLaughlin
  2023-12-18 - 11:41:30 PM GMT- IP address: 73.64.147.174

- Document e-signed by Brian McLaughlin (automac064@aol.com)
  Signature Date: 2023-12-18 - 11:41:32 PM GMT - Time Source: server- IP address: 73.64.147.174

- Agreement completed.
  2023-12-18 - 11:41:32 PM GMT

Powered by Adobe Acrobat Sign